UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV01820 ERW |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND MEMORANDUM

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [doc. #27] pursuant to 29 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED**, and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 17th Day of June, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007, and is substituted for former Commissioner Jo Anne B. Barnhart pursuant to Fed. R. Civ. P. 25.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com